☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:05 am, Aug 24 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____BU_____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

LAKEWOOD INVESTMENT GROUP
LIMITED PARTNERSHIP

      Plaintiff                 *

        v.                    *          Civil No.: PX 23-868

MARY T. JACOBSEN et al,        *

      Defendant

                                  ******

## ORDER OF DEFAULT

It appears from the records and/or affidavit of the **Lakewood Investment Group Limited Partnership** that the waiver of the service of summons and Complaint were properly served upon the named Defendant, **Thomas Voith** on **April 27th, 2023** and time for said Defendant to plead or otherwise defend expired on **June 12th, 2023**, and that said Defendant has failed to plead or otherwise defend as directed in said waiver of the service of summons and as provided by the Federal Rules of Civil Procedure.

It also appears from the records and/or affidavit of the **Lakewood Investment Group Limited Partnership** that the waiver of the service of summons and Complaint were properly served upon the Defendant, **Elaine Winch** on **April 24th, 2023** and time for said Defendant to plead or otherwise defend expired on **June 12th, 2023**, and that said Defendant has failed to plead or otherwise defend as directed in said waiver of the service of summons and as provided by the Federal Rules of Civil Procedure.

It also appears from the records and/or affidavit of **Lakewood Investment Group Limited Partnership** that the waiver of the service of summons and Complaint were properly

served upon the Defendant, **Diana Geremia** on **April 21st, 2023** and time for said Defendant to plead or otherwise defend expired on **June 12th, 2023**, and that said Defendant has failed to plead or otherwise defend as directed in said waiver of the service of summons and as provided by the Federal Rules of Civil Procedure.

It also appears from the records and/or affidavit of **Lakewood Investment Group Limited Partnership** that the waiver of the service of summons and Complaint were properly served upon the Defendant, **Paul Jacobsen** on **April 27th, 2023** and time for said Defendant to plead or otherwise defend expired on **June 12th, 2023**, and that said Defendant has failed to plead or otherwise defend as directed in said waiver of the service of summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of Defendants Mary T. Jacobsen, Elizabeth DeMarr and Carolyn Petsche, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this 24th day of August, 2023.

                                    CATHERINE STAVLAS, CLERK

By:           /s/
          Brian Ulander, Deputy Clerk