## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LAKEWOOD INVESTMENT GROUP
LIMITED PARTNERSHIP

      Plaintiff      *

      v.      *     Civil No.: PX 23-868

MARY T. JACOBSEN, et al      *

      Defendant

******

### ORDER OF DEFAULT

It appears from the records and/or affidavit of **Mary T. Jacobsen and Elizabeth A. DeMarr** that the Amended Counterclaim and Cross-Claim were properly served upon the named Defendant, **Edwin Jacobsen** on **February 2nd, 2024** and time for said Defendant/Cross-Claimant to plead or otherwise defend expired on **February 23rd, 2024**, and that said Defendant/Cross-Claimant has failed to plead or otherwise defend as directed by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Defendant/Cross-Claimant, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant/Cross-Defendant is entered this 26th day of March, 2024.

                                            CATHERINE STAVLAS, CLERK

                             By:            /s/
                                           Brian Ulander, Deputy Clerk